UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re.<br>LOUIS D. DI BERNARDO,<br>                Plaintiff. | Case No. 15-cv-05758-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 12, 2016

_____
SUSAN ILLSTON
United States District Judge