UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

LOUIS D. DI BERNARDO,

    Plaintiff.

Case No. 15-cv-05758-SI

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 1, 3

Louis D. Di Bernardo sent to the court a letter complaining about prison conditions at the Richard J. Donovan Correctional Facility in San Diego, California. In an effort to protect his rights, a new action was opened and the letter was filed on November 24, 2015. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application; instead he sent a letter asking that his action be put on hold because he was not yet ready to file a complaint because he had not yet exhausted his administrative remedies. (Docket # 3.) The court construes the letter to be a request to dismiss the action because plaintiff did not intend to file an action at this time and GRANTS it. (Docket # 3.) This action is DISMISSED

without prejudice because it was opened in error. No filing fee is due. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: January 12, 2016

_____
SUSAN ILLSTON
United States District Judge